IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| PERRY LEE FLEMING, #165890, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:03-cv-354-F |
| ) | WO |
| DR. TAHIR SIDDIQ, *et al.*, ) | |
| ) | |
| Defendants. ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's objection (Doc. #35) to the Recommendation of the Magistrate Judge (Doc. #34) filed on August 17, 2005 is overruled;

2. The Recommendation of the Magistrate Judge entered on August 3, 2005 is adopted;

3. The motions for summary judgment filed by the defendants are GRANTED.

4. This case is DISMISSED with prejudice.

5. The costs of this proceeding are taxed against the plaintiff.

DONE this 31st day of August, 2005.

                                              /s/ Mark E. Fuller
                                     CHIEF UNITED STATES DISTRICT JUDGE